**Order entered January 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01130-CV

**SUSAN E. JONES, Appellant**

**V.**

**KAREN COYLE, Appellee**

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-01594-1**

## ORDER

We **GRANT** appellant's January 29, 2014 motion for an extension of time to file a reply

brief.  Appellant shall file a reply brief on or before February 24, 2014.

/s/     ELIZABETH LANG-MIERS
JUSTICE